```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/19
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PALM BEACH MARITIME MUSEUM, INC.,
                          Plaintiff,

      -against-                               19 **CIVIL** 908 (LAP)

## JUDGMENT

HAPOALIM SECURITIES USA, INC., a
foreign corporation, EDWARD CHAN,
PATRICIA AGUIAR, FABIO D'ASCOLA, and
BILL BURCKHART,
                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 10, 2019, Defendants' motions to dismiss the federal securities claims under the 1934 Act with prejudice are granted. All other claims, including the state securities law claims, are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         April 11, 2019

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                      **BY:**
                                                   *X. Mango*
                                                  **Deputy Clerk**