UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALM BEACH MARITIME MUSEUM, INC.,

            Plaintiff,

-against-

HAPOALIM SECURITIES USA, INC., a foreign corporation, EDWARD CHAN, PATRICIA AGUIAR, FABIO D'ASCOLA, and BILL BURCKHART

            Defendants.

No. 19 Civ. 908 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

In light of the Court of Appeals' recent decision (dkt. no. 95), counsel shall confer and inform the Court by letter no later than April 22, 2020, how they propose to proceed.

**SO ORDERED.**

Dated:    New York, New York
         April 15, 2020

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge