UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:19-cv-00908-LAP

PALM BEACH MARITIME MUSEUM, INC.,
a Florida not-for-profit corporation,

  Plaintiff,

 v.

HAPOALIM SECURITIES USA, INC.,
a foreign corporation, EDWARD CHAN,
PATRICIA AGUIAR, FABIO D'ASCOLA,
and BILL BURCKHART

  Defendants.
_____/

**NOTICE OF MOTION
FOR LEAVE TO AMEND COMPLAINT**

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Its Motion for Leave to Amend Complaint, and all the papers and proceedings had herein, Plaintiff, Palm Beach Maritime Museum, Inc., will move this Court, before the Honorable Loretta A. Preska, at the United States Court for the Southern District of New York, 500 Pearl Street, Room 2220, New York, NY 10007, on a date and time to be designated by the Court, for an order pursuant to Rule 15 of the Federal Rule of Civil Procedure granting Plaintiff leave to amend the complaint and any such other relief deemed just and proper.

Dated: May 18, 2020

*Respectfully submitted,*

**HERNANDEZ LEE MARTINEZ, LLC**
*Counsel for Plaintiff*
9190 Biscayne Blvd, Suite 204
Miami Shores, Florida 33138
Phone: (305) 842-2100
Facsimile: (305) 842-2105

By:   s/ *Jermaine A. Lee*
  **Jermaine A. Lee, Esq.**
  Florida Bar. No.: 0850861
  jlee@hlmlegal.com
  (Admitted *pro hac vice*)

1

-- and --

**ZARIN & ASSOCIATES, P.C.**
Scott Zarin, Esq.
scottzarin@copyrightrademarkcounsel.com
244 West 102nd Street, #3B
New York, NY 10025
Phone: (212) 580-3131
Facsimile: (212) 580-4393