UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALM BEACH MARTIME MUSEUM, INC.,

                Plaintiff,

-against-

HAPOALIM SECURITIES USA, INC., a foreign corporation, EDWARD CHAN, PATRICIA AGUIAR, FABIO D'ASCOLA, and BILL BURCKHART,

                Defendants.

19 Civ. 908 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of letters from Defendants (dkt. nos. 111, 112) seeking a pre-motion conference to move to strike Plaintiff's Amended Complaint.  Plaintiff shall file any response to Defendants' letters no later than April 12, 2021.  Defendants' time to answer or otherwise respond to the Amended Complaint shall be adjourned until resolution of the issues raised in Defendants' letters.

    **SO ORDERED.**

Dated:    New York, New York
          April 5, 2021

                              _/s/ Loretta A. Preska_
                              LORETTA A. PRESKA
                              Senior United States District Judge