UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Palm Beach Maritime Museum,
Inc.,
                    Plaintiff(s),    :    19 CV 908 (LAP)

                                          **ORDER**

         -against-                   :

Hapoalim Securities USA,
Inc., et al,
                    Defendant(s).    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than September 27, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

_Loretta A. Preska_
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: 9/21/23
New York, New York