UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PALM BEACH MARITIME MUSEUM INC.,,

        Plaintiffs,

-against-

HAPOALIM SECURITIES USA, INC., et al.,

        Defendants.

---

No. 19-CV-908 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall submit promptly the letters referred to pursuant to Rule 2A of the Court's Individual Practices.

**SO ORDERED.**

Dated:    October 17, 2023
            New York, New York

                            /s/ Loretta A. Preska
                            LORETTA A. PRESKA
                            Senior United States District Judge